IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02582-RPM

HEATHER B. ALFORD and
CAROLYN C. CHESEK,

        Plaintiffs,

v.

B S M C, LLC, d/b/a BROOKSIDE, INN,

        Defendant.

---

## ORDER

This matter having come before the Court on the Stipulation for Dismissal of Plaintiffs' Second and Third Claims for Relief with Prejudice, filed September 2, 2005, it is

ORDERED that the Plaintiffs' Second and Third Claims for Relief are dismissed with prejudice and each party shall bear her or its own costs and attorney fees.

Dated: September 6th, 2005

        BY THE COURT:

        s/Richard P. Matsch

        Richard P. Matsch, Senior District Judge