**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-CV-02582-RPM

HEATHER B. ALFORD, an individual; and
CAROLYN C. CHESEK, an individual

Plaintiffs,

v.

B S M C, LLC, d/b/a BROOKSIDE INN,
a Colorado limited liability company,

Defendant.
_____

**ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER**
_____

THIS MATTER coming before the Court on the Stipulated Motion to Modify Scheduling Order, and the Court finding that good causes exists to modify the Scheduling Order (as set forth in the parties' Stipulated Motion to Modify Scheduling Order), hereby grants the motion and modifies the Scheduling Order as follows:  (1) The discovery deadline (paragraph 6(b), page 15) is hereby changed from December 23, 2005 to January 28, 2006; and (2) The dispositive motion deadline (paragraph 6(c)) is hereby changed from January 27, 2006 to February 27, 2006.  All other aspects of the Scheduling Order shall remain in full force and effect.

Dated this 22nd day of December, 2005.

                BY THE COURT:

                s/Richard P. Matsch

                _____

                Richard P. Matsch, Senior District Judge