**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              March 16, 2007
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 04-cv-02582-RPM

| | |
|---|---|
| HEATHER B. ALFORD, an individual, and | Kent Eichstadt |
| CAROLYN C. CHESEK, an individual, | Sean McCurdy |

     Plaintiffs,

v.

| | |
|---|---|
| B S M C, LLC, d/b/a Brookside Inn, | Todd Drake |
| a Colorado corporation, | Stephen Hensen |

     Defendant.

_____

**COURTROOM MINUTES**
_____

**Defendant's Motion for Summary Judgment Hearing**

**10:30 a.m.      Court in session.**

Defendant's client representatives Fritz and Sarah Schuman present.

Court's preliminary remarks.

Court's summary of its review of the pleadings.

10:39 a.m.     Argument by Mr. Drake.
10:56 a.m.     Argument by Mr. Eichstadt.
11:12 a.m.     Rebuttal argument by Mr. Drake.
11:19 a.m.     Further argument by Mr. Eichstadt.

Court's findings and conclusions as stated on record.

**ORDERED:     Defendant's Combined Motion and Brief in Support of Motion for Summary Judgment, filed May 18, 2006 [60], is granted on all claims.**

**11:30 a.m.     Court in recess.**

Hearing concluded.  Total time in court: 1 hr.